UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MCGHEE, | No. 2:17-cv-1951 AC P |
| Plaintiff, | |
| v. | ORDER |
| OSMAN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a proposed civil rights complaint prepared with the assistance of another prisoner. The complaint has not been signed by plaintiff. Therefore, plaintiff is directed to sign and return the attached copy of page 9 of his complaint, and return it to the court with a request that it be incorporated into his originally-filed complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days after service of this order, plaintiff shall sign the attached copy of page 9 of his complaint, and return it to the court with a request that if be substituted for the original page 9.

2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a copy of page 9 of his endorsed complaint (ECF No. 1).[1]

---

[1] This order references the electronic pagination of the complaint when filed, not the original pagination of the complaint (i.e., electronic page 9 reflects plaintiff's original page 6).

3. Failure of plaintiff to timely respond to this order will result in the dismissal of this action without prejudice.

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE