UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MCGHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. OSMAN,<br><br>　　　　　Defendant. | No. 2:17-cv-01951 AC P<br><br><br>ORDER |

On May 24, 2018, defendant filed and served a motion to compel plaintiff's further responses to defendant's discovery requests. See ECF No. 16. Plaintiff's response to the motion was due within twenty-one (21) days. See Local Rule 230(l). Plaintiff has not filed an opposition to defendant's motion or otherwise communicated with the court. This order provides plaintiff additional time to respond to defendant's motion and informs plaintiff that failure to so respond will result in the undersigned's recommendation that this action be dismissed without prejudice.

Plaintiff's response to defendant's motion is required by the Federal Rules of Civil Procedure and Local Rules of this court. Local Rule 230(l) provides: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion[.]" Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Rule 41(b), Federal Rules of Civil

1

Procedure, provides:

> Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one (21) days after the filing date of this order, plaintiff shall file and serve an opposition to defendant's motion to compel discovery, OR file and serve a statement under penalty of perjury, with appropriate exhibits, demonstrating that plaintiff has complied with defendant's requests for additional discovery. If plaintiff timely files an opposition or statement of compliance, defendant shall file and serve a reply within seven (7) days. Should plaintiff fail to respond to this order, the undersigned will recommend that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED.

DATED: July 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE