UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MCGHEE, | No. 2:17-cv-1951 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. OSMAN, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file objections to the pending findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 32, is granted; and

2. Plaintiff is granted up to and including Friday, July 26, 2019, in which to file his objections.

IT IS SO ORDERED.

DATED: July 8, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE